IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SCOTT DOLEMBA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 15-cv-2554 |
| | ) | |
| vs. | ) | Judge Samuel Der-Yeghiayan |
| | ) | Magistrate Judge Jeffrey T. Gilbert |
| STEPHENS & MICHAELS | ) | |
| ASSOCIATES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF DISMISSAL

Plaintiff Scott Dolemba hereby dismisses his claims against defendant with prejudice and without costs, pursuant to Federal Rule of Civil Procedure 41(a)(1).

                Respectfully submitted,

                s/Francis R. Greene
                Francis R. Greene

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

1

**CERTIFICATE OF SERVICE**

  I, Francis R. Greene, hereby certify that on September 21, 2015, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system and I caused notification of such filing to be sent as soon as possible to the following party by electronic mail.

  David M. Schultz
  Hinshaw & Culbertson, LLP
  222 N. LaSalle Street
  Suite 300
  Chicago, IL 60601-1081
  dschultz@hinshawlaw.com


                /s/ Francis R. Greene
                Francis R. Greene

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)