UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Scott Dolemba

                        Plaintiff,

v.                                           Case No.: 1:15–cv–02554
                                                 Honorable Samuel Der–Yeghiayan

Stephens & Michaels Associates, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 22, 2015:

      MINUTE entry before the Honorable Samuel Der–Yeghiayan: Plaintiff having filed a notice of voluntary dismissal, this case is hereby dismissed with prejudice, with each party to bear its own costs and fees. All pending dates and motions, if any, are hereby stricken as moot. Civil case terminated. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.